IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GASTON,

     Plaintiff,                    No. CIV S-03-1707 LKK CMK P

    vs.

EDWARD CADEN, et al.,

     Defendants.         ORDER

_____/

        Plaintiff has filed a document entitled "motion to compel interrogatories and admissions from defendants Caden and Aguirre." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 5, 2005 "motion to compel interrogatories and admission from defendants Caden and Aguirre" will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or

/////

1

1 | responses, except as required by rule of court, may result in an order of sanctions, including, but
2 | not limited to, a recommendation that this action be dismissed.

4 | DATED: July 15, 2005.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2