IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GASTON,

        Plaintiff,                    No. CIV S-03-1707 LKK CMK

    vs.

EDWARD CADEN, et al.,

        Defendants.            ORDER

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed an second amended complaint. Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party. See Fed. R. Civ. P. 15(a). An answer was filed on April 18, 2005. On May 23, 2005, plaintiff filed a motion to amend his complaint. The court will grant plaintiff's motion to amend.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. Therefore, the court will order service upon the proper defendants.

        On July 5, 2005, the plaintiff filed a motion to compel. The court has found it necessary to stay discovery until the plaintiff's second amended complaint has been served and

the defendants have acknowledged service. Therefore, plaintiff's motion to compel will be denied without prejudice.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend his complaint filed May 23, 2005 is granted.
2. Service is appropriate for the following defendants: Lt. Cappell, Captain Arceo, Chief Deputy Warden Valdez, CCII Prebula, CCI Haley, Rick Manuel, California Department of Corrections ("CDC"), California Medical Facility ("CMF"), Warden Edward Caden, and CC II Counselor Aguirre.[1]
3. The Clerk of the Court shall send plaintiff ten USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed May 23, 2005.
4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:
    a. The completed Notice of Submission of Documents;
    b. One completed summons;
    c. One completed USM-285 form for each defendant listed in number 1 above; and
    d. Eleven copies of the endorsed amended complaint filed May 23, 2005.
5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.
6. Plaintiff's motion to compel filed July 5, 2005 is denied without prejudice.
7. The discovery deadline currently set for August 19, 2005 is vacated. A new deadline will

---

[1] Plaintiff names IAB Chief Troy Liften as a possible defendant and as a John Doe. However, plaintiff further states he is unsure whether Chief Liften is a defendant. The court will not order service upon Chief Liften because plaintiff is unsure of his liability.

2

be set upon notice that all defendants have been served with plaintiff's second amended complaint.

8. Defendant Caden and defendant Aguirre's request to stay discovery is granted. Discovery is stayed until the court is notified by all the defendants or their counsel, that they have been served.

DATED: July 22, 2005.

*[signature]*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GASTON,

        Plaintiff,                            No. CIV S-03-1707 LKK CMK

    vs.

EDWARD CADEN, et al.,                  NOTICE OF SUBMISSION

        Defendants.                        OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____

                Second Amended Complaint

DATED:

                                          _____
                                          Plaintiff