IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON, | No. CIV S-03-1707-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| EDWARD CADEN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' motion for an extension of time (Doc. 46), filed on February 2, 2006.[1]

On August 30, 2005, the court directed service of plaintiff's second amended complaint by the U.S. Marshal on ten named defendants.  That order required a response to the second amended complaint to be filed within the time provided by the Federal Rules of Civil

---

[1] Defendants bringing this motion are: Caden, Aguirre, Haley, Manuel, and Prebula. Defendants Caden and Aguirre have already appeared in this action by way of their answer to the first amended complaint, filed on April 18, 2005. Waivers of service have been filed as to defendants Haley, Manuel, and Prebula. All remaining defendants are unserved. By separate order, plaintiff will be directed to show cause why such unserved defendants should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

1 | Procedure.  To date, five defendants have either already appeared in the action or have waived
2 | service of the second amended complaint.  Five other defendants remain unserved.  Defendants
3 | seek an extension of time to March 17, 2006, to file their response to the second amended
4 | complaint.  Good cause appearing therefor, the request will be granted.
5 |        Accordingly, IT IS HEREBY ORDERED that:
6 |     1.    Defendants' motion for an extension of time is granted; and
7 |     2.    Defendants shall file a response to plaintiff's second amended complaint
8 | by March 17, 2006.

10 | DATED:  February 6, 2006.

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE