IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON, | No. CIV S-03-1707-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| EDWARD CADEN, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

      On August 30, 2005, the court directed service of plaintiff's second amended complaint by the U.S. Marshal on ten named defendants.  To date, five defendants have either already appeared in the action or have waived service of the second amended complaint.  The following five defendants remain unserved: Cappell, Arceo, Valdez, "CDC," and "CMF."

      Pursuant to Federal Rule of Civil Procedure 4(m), an action shall be dismissed as against any defendant who is not served within 120 days after the complaint is filed.  This action was deemed appropriate for service on August 30, 2005, and, to date, defendants Cappell, Arceo, Valdez, "CDC," and "CMF" have not been served.  Plaintiff will be required to show good cause

1  why such defendants should not be dismissed.  Plaintiff is warned that failure to comply with this
2  order may result in dismissal of the entire action for lack of prosecution and failure to comply
3  with court rules and orders.  See Local Rule 11-110.
4        Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in
5  writing, within 20 days of the date of service of this order why defendants Cappell, Arceo,
6  Valdez, "CDC," and "CMF" should not be dismissed pursuant to Federal Rule of Civil
7  Procedure 4(m).

DATED:  February 6, 2006.

                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE