IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GASTON,  　　　　　　　　　　No. CIV S-03-1707-LKK-CMK-P

      Plaintiff,

  vs.　　　　　　　　　　　　　　　　　ORDER

EDWARD CADEN, et al.,

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

      On April 26, 2005, the court issued a scheduling order which set a number of case management deadlines as well as dates for a pre-trial conference and a jury trial.  All case management deadlines have already passed.  In light of the recent procedural history in this case, the court finds it appropriate to vacate all the hearing dates, specifically the dates for the pre-trial conference and the jury trial.  Once the defendants have filed an answer to plaintiff's second amended complaint the case will once again be at issue and the court will issue an appropriate order re-opening discovery and setting new case management deadlines and trial-related dates.

///

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. To the extent they have not already passed, all case management deadlines

3 and dates set forth in the court's April 26, 2005, order are vacated; and

4  2. The jury trial currently set for April 25, 2006[1], before the Honorable

5 Lawrence K. Karlton, in Sacramento, California, is vacated.

7 DATED: March 22, 2006.

```
                                         /s/ Craig M. Kellison
                                         CRAIG M. KELLISON
                                         UNITED STATES MAGISTRATE JUDGE
```

---

[1] The April 26, 2005, order erroneously shows the trial date as April 25, 2005.

2