IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON, | No. CIV S-03-1707-LKK-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| EDWARD CADEN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On March 23, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

by proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed March 23, 2006, are adopted in full;

    2. Plaintiff's request, entitled "Notice and Motion for Full Federal Investigation on the Deliberate Destruction and/or Confiscation of all Plaintiff's Legal Material in This Matter," is denied;

    3. Plaintiff's request, entitled "Motion for Default Judgment," is denied;

    4. Plaintiff's request, entitled "Plaintiff Motion to Obtain Court Order to Obtain Possession and Access to a Typewriter During Litigation of the Above-Entitled Matter," is denied;

    5. Defendants "CDC" and "CMF" are dismissed as immune under the Eleventh Amendment;

    6. Defendants Cappell, Arceo, and Valdez are dismissed pursuant to Federal Rule of Civil Procedure 4(m); and

    7. Defendants Caden, Aguirre, Haley, Manuel, and Prebula are directed to file a response to the second amended complaint within 30 days of the date of service of this order.

DATED: July 6, 2006.

              _____
              Lawrence K. Karlton
              Senior Judge