IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON, | No. CIV S-03-1707-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| EDWARD CADEN, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' motion for an extension of time (Doc. 70), filed on August 17, 2006.

      On July 7, 2006, the court issued an order which, among other things, required defendants to file a response to plaintiff's second amended complaint within 30 days. Defendants seek an extension of time to September 5, 2006, to file their response to the second amended complaint.  Good cause appearing therefor, the request will be granted nunc pro tunc to August 7, 2006.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time is granted nunc pro tunc to August 7, 2006; and

2. Defendants shall file a response to plaintiff's second amended complaint by September 5, 2006.

DATED: August 17, 2006.

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE