# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON, | No. CIV S-03-1707-LKK-CMK-P |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| EDWARD CADEN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are the following documents filed by plaintiff: (1) "Motion for Default Judgment" (Doc. 63); and (2) "Request for Entry of Default" (Doc. 64). Defendants filed an opposition (Doc. 66).

In his motions, plaintiff seeks default judgment against defendants for failure to file a response to plaintiff's complaint. At the time plaintiff filed his motions, defendants had not yet been directed to respond. On July 7, 2006, the court dismissed a number of defendants and directed the remaining defendants to file an answer within 30 days. Defendants were granted an extension of that deadline and, on September 5, 2006, filed a timely answer to the complaint. Therefore, plaintiff's requests for default judgment should be denied.

Based on the foregoing, the undersigned recommends that plaintiff's requests for default judgment (Docs. 63 & 64) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:   September 6, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE