**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY GASTON, | No. CIV S-03-1707-LKK-CMK-P |
|     Plaintiff, | |
|   vs. | <u>ORDER</u> |
| EDWARD CADEN, et al., | |
|     Defendants. | |
|                               / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On September 7, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1      Accordingly, IT IS HEREBY ORDERED that:

2          1.   The findings and recommendations filed September 7, 2006, are adopted in full;

4          2.   Plaintiff's requests for default judgment (Docs. 63 & 64) are denied.

DATED: September 27, 206

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2