1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  JAIME M. GANSON, State Bar No. 230206
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-6421
8    Fax: (916) 324-5205
     Email: Jaime.Ganson@doj.ca.gov
9
   Attorneys for Defendants Caden, Aguirre, Prebula,
10 Haley and Manuel

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13                              SACRAMENTO DIVISION

| | |
|---|---|
| **ANTHONY GASTON,** | 2:03-cv-1707 LKK CMK P |
| Plaintiff, | **STIPULATION FOR PROTECTIVE ORDER** |
| v. | |
| **EDWARD CADEN et al.,** | |
| Defendants. | |

20     IT IS STIPULATED BY THE PARTIES AND ORDERED BY THE COURT AS

21 FOLLOWS:

22        During the course of discovery, Gaston requested production of a CDC 128B

23 enemy chrono from the confidential portion of his Central File.[1] This document contains

24 sensitive information that could endanger institutional security and the safety of people if

25 disclosed. In addition, its disclosure without a protective order will undermine the CDCR's

---

28  1. Gaston's discovery request erroneously requested the July 30, 2000 enemy chrono. No such document exists. Defendants' counsel believes Gaston intended to request the CDC 128B dated July 31, 2000 which records his confidential report of his enemy concern.

*Stipulation for Protective Order*

1

1 | ability to assure its employees and inmates that their confidential enemy concerns will be
2 | maintained in confidence.  Accordingly, a protective order is warranted for the disclosure of this
3 | report, and the parties stipulate to the conditions set forth in the order that follows.
4 |       IT IS SO STIPULATED.

Dated:  June 29, 2007         ___*/s/ Jaime M. Ganson* ___
                                                JAIME M. GANSON
                                                Attorney for Defendants

Dated:  July 3, 2007           _*/s/ Anthony Gaston* _____
                                                ANTHONY GASTON
                                                Plaintiff, in pro per

**ORDER**

The Court, having considered the parties' stipulation for protective order, and good cause showing therefore, orders as follows:

1. Within 30 days of the court's approval of this protective order, the CDCR will release the CDC 128B dated July 31, 2000 for inspection only.

2. Gaston may take notes during the inspection, but may not obtain a copy of the document.

3. Nothing in this protective order is intended to prevent officials or employees of the State of California, or other authorized government officials, from having access to confidential material to which they would have access in the normal course of their official duties.

IT IS SO ORDERED.

July 26, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE