1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTHONY GASTON,                    No. CIV S-03-1707-LKK-CMK-P

12             Plaintiff,

13        vs.                          <u>ORDER</u>

14   EDWARD CADEN, et al.,

15             Defendants.

16   _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request (Doc. 105), filed on August

19   30, 2007.

20            In his request, plaintiff seeks an order to "preclude and/or continuance of

21   defendants' motion for summary judgment . . . ."  Plaintiff states that he cannot file a response to

22   defendants' motion until he receives further discovery responses.  The record reflects that, on

23   September 17, 2007, the court directed defendants Prebula and Haley to provide supplemental

24   discovery responses within 20 days.  To the extent plaintiff seeks an extension of time to file a

25   response to defendants' motion for summary judgment following service of supplemental

26   responses, plaintiff's request will be granted.

1

1    In light of the foregoing, the court finds it appropriate to vacate the remainder of

2  the April 23, 2007, scheduling order.  Specifically, the due dates for pre-trial statements and the

3  trial date will be vacated pending further order of the court.

4    Accordingly, IT IS HEREBY ORDERED that

5    1.    Plaintiff's request (Doc. 105) is granted;

6    2.    Plaintiff may file a response to defendants' motion to dismiss by

7  November 20, 2007; and

8    3.    The due dates for pre-trial statements and the trial date are vacated.

9

10  DATED:   September 26, 2007.

11

12    _____

13    **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26