IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GASTON,  No. CIV S-03-1707-LKK-CMK-P

    Plaintiff,

  vs.  ORDER

EDWARD CADEN, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is a motion for reconsideration (Doc. 108) of the magistrate judge's September 17, 2007, order.

        Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. The September 17, 2007, order is, therefore, affirmed.

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The motion for reconsideration (Doc. 108) is denied; and

3  2.  The magistrate judge's September 17, 2007, order is affirmed.

4  DATED: November 16, 2007.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```