IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GASTON, | No. CIV S-03-1707-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| EDWARD CADEN, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 112) for a further extension of time to file a response to defendants' motion for summary judgment. In his motion, plaintiff states that his ability to prepare a response has been limited by prison lock-downs and confiscation of his legal materials. Good cause appearing therefor, plaintiff's request will be granted.

      Also pending before the court is plaintiff's request (Doc. 113) for an order "commanding KVSP officials surrender and relinquish legal materials . . . ." Defendants shall be required to file a response to plaintiff's request. In particular, defendants shall address, to the best of their ability, the factual allegations set forth in the request concerning plaintiff's legal

1

materials.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. 112) is granted;

2. Plaintiff may file a response to defendants' motion for summary judgment within 30 days of the date of this order; and

3. Within 30 days of the date of this order, defendants shall file a response to plaintiff's request for a protective order.

DATED: November 30, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE