**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY GASTON, | No. CIV S-03-1707-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| EDWARD CADEN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 116) for a further extension of time to file a response to defendants' motion for summary judgment. Good cause appearing therefor, plaintiff's request will be granted.

Also pending before the court is plaintiff's request (Doc. 113) for an order "commanding KVSP officials surrender and relinquish legal materials . . . ." Pursuant to the court's December 3, 2007, order, defendants have filed a response (Doc. 115). In their response, defendants indicate that plaintiff's legal materials have been returned. This is confirmed by plaintiff in his motion for a further extension of time, in which he states that his materials have been returned. Therefore, plaintiff's motion for a protective order will be denied as moot.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. 116) is granted;

2. Plaintiff may file a response to defendants' motion for summary judgment within 30 days of the date of this order; and

3. Plaintiff's motion for a protective order (Doc. 113) is denied as moot.

DATED: December 13, 2007

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE