IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY GASTON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD CADEN et al.,<br><br>　　　　　　　　　　　Defendants. | 2:03-cv-1707 LKK CMK P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

　　　　Good cause appearing, Defendants are granted a twenty-day extension of time to file a reply in support of their motion for summary judgment.  Defendants' reply shall be due on or before January 28, 2008.

DATED: January 11, 2008

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1