1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTHONY GASTON,                        No. CIV S-03-1707-LKK-CMK-P

12              Plaintiff,

13         vs.                              <u>ORDER</u>

14   EDWARD CADEN, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.   Pending before the court is defendants' motion for summary judgment

19   (Docs. 97, 98, 99, 100, 101, 102, and 103).

20              In support of their motion, defendants submit a statement of undisputed facts.

21   The facts outlined in this statement are largely supported by citations to the transcript of

22   plaintiff's deposition.  It does not appear, however, that defendants have submitted the deposition

23   transcript as evidence in support of summary judgment.  Defendants, therefore, are hereby

24   directed to attach a copy of the transcript to their reply brief, currently due on or before January

25   28, 2008.

26   / / /

1          Accordingly, IT IS HEREBY ORDERED that defendants shall attach to their

2    reply brief a copy of the transcript of plaintiff's deposition.

3

4     DATED:  January 14, 2008

5                                                                                    _____

6                                                    **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26