IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANTHONY GASTON,** | 2:03-cv-1707 LKK CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **EDWARD CADEN et al.,** | |
| Defendants. | |

Good cause appearing, Defendants are granted a thirty-day extension of time to file a reply in support of their motion for summary judgment. Defendants' reply shall be due on or before February 27, 2008. No further extensions will be granted.

DATED: January 30, 2008

                                                                 _____
                                                                 **CRAIG M. KELLISON**
                                                                 UNITED STATES MAGISTRATE JUDGE

1