IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GASTON,                           No. CIV S-03-1707-LKK-CMK-P

    Plaintiff,

  vs.                                            ORDER

EDWARD CADEN, et al.,

    Defendants.

/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The court's January 15, 2008, order directing defendants to submit a copy of the transcript of plaintiff's deposition is vacated as having been issued in error. Defendants submitted the transcript on August 17, 2007 (see Doc. 103). Defendants' reply brief remains due by February 27, 2008.

        IT IS SO ORDERED.

DATED: February 12, 2008

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE

1