1

2

3

4

5

6

7

8             **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTHONY GASTON,                    No. CIV S-03-1707-LKK-CMK-P

12                 Plaintiff,

13         vs.                                ORDER

14   EDWARD CADEN, et al.,

15                 Defendants.

16   _____/

17           Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.   Pending before the court is a motion for reconsideration (Doc. 108) of the

19   magistrate judge's September 17, 2007, order.

20           Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate

21   judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the

22   entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly

23   erroneous or contrary to law.  The September 17, 2007, order is, therefore, affirmed.

24   / / /

25   / / /

26   / / /

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.      The motion for reconsideration (Doc. 108) is denied; and

3        2.      The magistrate judge's September 17, 2007, order is affirmed.

4    DATED: March 14, 2008.

5

6

7    _____
     LAWRENCE K. KARLTON

8    SENIOR JUDGE
     UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26