IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GASTON,                              No. CIV S-03-1707-LKK-CMK-P

    Plaintiff,

  vs.                                              ORDER

EDWARD CADEN, et al.,

    Defendants.

                             /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On March 6, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

1  proper analysis.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1.   The findings and recommendations filed March 6, 2008, are adopted in
4  full;

5         2.   Defendants' motion for summary judgment (Docs. 97, 98, 99, 100, 101,
6  102, and 103) is granted;

7         3.   Defendants' motion to strike (Doc. 127) plaintiff's cross-motion for
8  summary judgment is granted;

9         4.   Plaintiff's December 26, 2007, filing is considered only to the extent it is
10 an opposition to defendants' motion;

11        5.   Defendants' request for judicial notice (Doc. 134) is denied; and

12        6.   The Clerk of the Court is directed to enter judgment and close this file.

13 DATED: March 28, 2008.

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```